UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Gary Reed and Tom Vevea, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady and Keith Kramer, as Trustees of the Minnesota Laborers Vacation Fund; Gary Reed, as Trustee of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Dan Olson and Chris Born, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,<br><br>        Plaintiffs,<br><br>vs.<br><br>A & A Stanley Construction, Inc.<br><br>        Defendant. | Case No: 12-CV-869 (MJD/LIB)<br><br><br><br>**PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE** |

Pursuant to Fed. R. Civ. P. 37 and 70 and 18 U.S.C. § 401, the Plaintiffs hereby move the Court for an Order requiring the Defendant A & A Stanley Construction, Inc. by and through is owner Aaron Stanley to appear in person on **January 10, 2013 at 3:30 p.m.** to show cause, if any, as to why an Order should not be entered adjudging the Defendant guilty of failing and refusing to obey the Order issued by the Court on October 31, 2012 which required the Defendant to provide responses to Plaintiffs' Interrogatories and Requests for the Production of Documents in Aid of Execution within fifteen (15) days of being personally served with the Order, and also to show cause why

1

Aaron Stanley should not be committed to confinement until compliance with said Order.

In support of this Motion, the Plaintiffs rely upon all the files, records, and proceedings herein together with the Memorandum of Law and the Affidavit of Christy E. Lawrie filed contemporaneously herewith.

Dated:  December 12, 2012        McGRANN SHEA CARNIVAL STRAUGHN
                                                          & LAMB, CHARTERED

                                                          By   s/ Christy E. Lawrie
                                                              Carl S. Wosmek (Atty. No. 300731)
                                                               Amy L. Court (Atty. No. 319004)
                                                               Christy E. Lawrie (Atty. No. 388832)
                                                         800 Nicollet Mall, Suite 2600
                                                         Minneapolis, MN  55402
                                                         Telephone:  (612) 338-2525

                                                         *Attorneys for Plaintiffs*

644358.DOCX