UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Gary Reed, et al.,

    Plaintiffs,

  v.            ORDER ADOPTING
              REPORT AND RECOMMENDATION

A&A Stanley Construction, Inc.,

    Defendant.        Civ. No. 12-869 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    Defendant A&A Stanley Construction, Inc., and its owner, Mr. Aaron Stanley, are found in contempt of court; and

    2.    Mr. Aaron Stanley is to be imprisoned until he complies with this Court's Order of October 31, 2012, [Docket No. 28].

DATED: March 14, 2013              s/Michael J. Davis
At Minneapolis, Minnesota         Michael J. Davis, Chief Judge
                                              United States District Court