UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Gary Reed, et al.,

       Plaintiffs,

                               ORDER ADOPTING
vs.                       REPORT AND RECOMMENDATION

A&A Stanley Construction, Inc.,

       Defendant.                       Civ. No. 12-869 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    Defendant A&A Stanley Construction, Inc., and its owner, Mr. Aaron Stanley, is found in contempt of court.

    2.    Mr. Aaron Stanley shall be imprisoned until he complies with this Court's Order of July 23, 2014, [Docket No. 69].

    3.    Let Judgment be entered accordingly.

DATED: November 18, 2014                  s/Michael J. Davis
At Minneapolis, Minnesota              Michael J. Davis, Chief Judge
                                                  United States District Court